United States District Court
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUL 0 3 2023
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Angel Boyd
_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

tiktok
_____

_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)

Case No. 2:23-cv-00190-JAG
_____
(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff:**
Name (Last, First, MI): Boyd, Angel L.
Street Address: 318 S Adams St
County, City: Spokane, Spokane    State: Wa    Zip Code: 99201
Telephone Number: (509)270-4378
E-mail Address (if available): 7angelBoyz@19gami.com

### Defendant(s)
(857)328-8812

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

**Defendant 1:**
Name (Last, First): Musical.ly and/or TikTok Class Action
Street Address: 1650 Arch Street, Suite 2210
County, City: Philadelphia    State: PA    Zip Code: 19103

**Defendant 2:**
Name (Last, First):
Street Address:
County, City:    State:    Zip Code:

**Defendant(s) Continued**

Defendant 3: _____
               Name (Last, First)

              _____
               Street Address

              _____
               County, City      State      Zip Code

Defendant 4: _____
               Name (Last, First)

              _____
               Street Address

              _____
               County, City      State      Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

### III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Defendant is Nationwide, The Plantiff is located in this District.

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: Brooklyn, New York City @ Boost Mobile Store

Date(s) of occurrence: March 20, 2023

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

Invasion of Privacy?

I feel Realy Emotional that TikTok came after my 15 girlfriends. They were like best friends too me. Back in 2017, I was watching a youtube video & I put a hex on a young female. TikTok doesn't know much about my sisters situation that we had. I was trying too apologize too my sister. Back in 2017, she didn't want to listen. This is all based on a true story. I do not want to do any jailtime behind these young females. When I made it too Philadelphia, the two females that saw me were on business time in 2021. I feel obligated from them penetrating themselves trying to have intercourse with me. They were obseesed with me. I wish I could see them again. Sorry for my behavior against my sister. Two people died behind this story & one person was incarcerated for a gun. I want this trial to last from one to two years. I just want the girls to have a home and go back too school for their education. Next time you are all looking for me, just know I'm always here too help. Philadelphia and New York have no sympathy. 2023

Was anyone else involved?

I was walking too Boost Mobile store in Brooklyn. When I walked to the store I saw a gentleman through the window. I knew who he was. The witches knew who I was too. When they uploaded the videos on TikTok. They were just dancing and couple brothers were talking educational on different platforms on TikTok. I might get killed behind this store. So the 15 girls are going to witness protection and me too after the trial. They can live with me if I win the case. I am asking for $200,000. No matter what if I win or loose, My information should be covered & protected next time on certain platforms. I love those girls so much. Part two of the story is coming soon. I'm going too attatch it too it.

[Who did what?]

V.   INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Sexual mutilation

VI.   RELIEF

The relief I want the court to order is:

- [x] Money damages in the amount of: $ 200,000.00
- [x] Other (explain):

The girls too get a home, a certain organization, contractor, or underground platform

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

07/01/2023
Dated

Angel Boyd
Plaintiff's Signature

Boyd, Angel L.
Printed Name (Last, First, MI)

318 S. Adams    Spokane    WA    99201
Address    City    State    Zip Code

(509) 816-1669
Telephone Number

Boydphilly@gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*