FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGEL BOYD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIKTOK,<br><br>　　　　　Defendant. | No. 2:23-CV-0190-JAG<br><br>ORDER DISMISSING WITHOUT PREJUDICE |

By Order filed July 19, 2023, the Plaintiff was directed to pay the full filing fee or submit a properly completed Application to Proceed *In Forma Pauperis* within thirty days. Plaintiff has consented to proceed before a magistrate judge by operation of Local Magistrate Judge Rule (LMJR) 2(b)(2) as no party has returned a Declination of Consent Form to the Clerk's Office by the established deadline. There has been no response to either of the Court's Orders. Accordingly**, it is ORDERED** that:

　　1.　Plaintiff's Complaint is **DISMISSED** without prejudice.

　　2.　Plaintiff shall provide notice of the dismissal to any and all Defendant(s) he/she served with a copy of the Complaint and Summons.

**IT IS SO ORDERED.**

DATED October 13, 2023.



　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES A. GOEKE
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING WITHOUT PREJUDICE- 1